# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA A. JEFFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-12-356-F |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on March 13, 2013, wherein he recommended that defendant's final decision denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, should be affirmed.

Presently before the court is the timely objection of plaintiff to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with Magistrate Judge Purcell's analysis. The court rejects plaintiff's arguments in support of her objection. Therefore, the court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell (doc. no. 17) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Defendant's final decision denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, is **AFFIRMED**.

DATED April 24, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0356p002.wpd